UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB 28 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MICHAEL REYNOSO,<br><br>                    Defendant. | CASE NO. 12CR0522-JLS<br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___     an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___     the Court has dismissed the case for unnecessary delay; or

_X_     the Court has granted the motion of the Government for dismissal, without prejudice; or

___     the Court has granted the motion of the defendant for a judgment of acquittal; or

___     a jury has been waived, and the Court has found the defendant not guilty; or

___     the jury has returned its verdict, finding the defendant not guilty;

_X_     of the offense(s) as charged in the Superseding Information:

        8 USC 1324 (a)(1)(A)(ii) and (v)(II) - Transportation of Illegal

        Aliens and Aiding and Abetting

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/28/13

                                        William McCurine, Jr.
                                        U.S. Magistrate Judge